REPORTER'S RECORD
VOLUME 3 OF 3 VOLUMES
TRIAL COURT CAUSE NOS. 1321493, 1321487, & 1321486
COA NOS. 02-18-00061-CR, 02-18-00062-CR,
02-18-00063-CR

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 6:40:43 AM
DEBRA SPISAK
Clerk

THE STATE OF TEXAS            )  IN THE DISTRICT COURT
                             )
vs.                          )  TARRANT COUNTY, TEXAS
                             )
MICHAEL HONGPATHOUM          )  371ST JUDICIAL DISTRICT

_____

**EXHIBITS INDEX**

_____

On the 1st day of February, 2018, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Mollee Westfall, Judge Presiding, held in Fort Worth, Tarrant County, Texas.

Proceedings reported by computerized stenotype machine.

Norma Rico
Certified Shorthand Reporter

**A P P E A R A N C E S**

MS. ALLYSON KUCERA
SBOT NO. 24081858
MS. HANNAH BELL
SBOT NO. 24068993
TARRANT COUNTY CRIMINAL DISTRICT ATTORNEY
401 W. Belknap
Fort Worth, Texas 76196
Telephone:  (817) 814-1400
COUNSEL FOR THE STATE


MR. BLAKE BURNS
SBOT NO. 24066989
ATTORNEY AT LAW
115 N. Henderson St.
Telephone:  (817) 870-1544
COUNSEL FOR THE DEFENSE

EXHIBITS INDEX
VOLUME 3 OF 3 VOLUMES

| STATE'S NO. | DESCRIPTION | OFFD | ADMT | VOL. |
|---|---|---|---|---|
| SX-1 | Evading Arrest Map | 20 | 21 | 2 |
| SX-2 | BODY CAM DVD | 38,61 | 39,61 | 2 |
|  |  | 73 | 73 | 2 |
| SX-3 | BODY/DASH CAM DVD | 83 | 83 | 2 |
| SX-4 | BODY CAM DVD | 94 | 95 | 2 |
| SX-5 | DASH CAM DVD | 104 | 105 | 2 |

TRIAL COURT CAUSE NOS. 1321493, 1321487, & 1321486
COA NOS. 02-18-00061-CR, 02-18-00062-CR,
02-18-00063-CR


THE STATE OF TEXAS          ) IN THE DISTRICT COURT
                            )
vs.                         ) TARRANT COUNTY, TEXAS
                            )
MICHAEL HONGPATHOUM         ) 371ST JUDICIAL DISTRICT

_____

I, Norma Rico, Deputy Court Reporter in and for the 371st District Court of Tarrant, State of Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the Motion to Adjudicate in the above-entitled and numbered cause as set out herein before the Honorable Mollee Westfall, Judge of the 371st District Court of Tarrant County, State of Texas, and a trial, beginning February 1, 2018.

I further certify that the total cost for the preparation of this Reporter's Record is $544.00 and was paid/will be paid by Tarrant County.

WITNESS MY OFFICIAL HAND on this, the 21st day of May 2018.

*Norma L. Rico*
_____
Norma Rico, Texas CSR 8579
Deputy Court Reporter
371st District Court
Tarrant County, Texas
PO Box 331883
Fort Worth, Texas 76163
Telephone: (682) 701-3739
Expiration:  12/31/2018



STATE'S EXHIBIT NO. 2

DVD BODY CAM/DASH CAM

(UNABLE TO UPLOAD, FILE TOO LARGE)

(Original Exhibit Available from Tarrant County

District Clerk's Office)

STATE'S EXHIBIT NO. 3

DVD BODY CAM/DASH CAM

(UNABLE TO UPLOAD, FILE TOO LARGE)

(Original exhibit available from Tarrant County

District Clerk's office)

STATE'S EXHIBIT NO. 4

DVD BODY CAM/DASH CAM

(UNABLE TO UPLOAD, FILE TOO LARGE)

(Original exhibit available from Tarrant County

District Clerk's office)

STATE'S EXHIBIT NO. 5

DVD BODY CAM/DASH CAM

(UNABLE TO UPLOAD, FILE TOO LARGE)

(Original exhibit available from Tarrant County

District Clerk's office)

Norma Rico
Certified Shorthand Reporter